```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 16-03498-JJT
Samuel C Stowers                                                           Chapter 13
          Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: DDunbar              Page 1 of 2               Date Rcvd: Sep 29, 2016
                             Form ID: ntcnfhrg          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db            +Samuel C Stowers,    455 Hallet Road,    East Stroudsburg, PA 18301-9555
4825792        Aspen Dental,    1112 A North Ninth Street,    Stroudsburg, PA 18360
4825793        Bartonsville Dental,    3578 Route 611,    Suite 245,    Bartonsville, PA 18321-1769
4825794       +Berkheimer Tax Administrator,    PO Box 995,    50 N Seventh Street,    Bangor, PA 18013-1731
4825795        Columbia Doctors Associates,    PO Box 29527,    New York, NY 10087-8454
4825798        Emergency Care Assoc. PMC ER,    PO Box 740021,    Cincinnati, OH 45274-0021
4825799       +Family Center Care,    PO Box 827658,    Philadelphia, PA 19182-7658
4825801        Jefferson University Hospital,    PO Box 8500-3100,    Philadelphia, PA 19178-3100
4825802        Jefferson University Physicians,    PO Box 40089,    Philadelphia, PA 19106-0089
4825803       +KML Law Group, PC,    BNY Independence Center Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
4825806        Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4825807        Monroe County Sheriff's Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4825808       +Monroe Pathologists PC,    PO Box 808,    East Stroudsburg, PA 18301-4108
4825810        Mountain Valley Orthopedics,    600 Plaza COurt,    East Stroudsburg, PA 18301-8263
4825811        NAPA Anesthesia,    PO Box 75,    Melville, NY 11747
4825813        NYP EMS Ambulance,    PO Box 28454,    New York, NY 10087-8454
4825812       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4825814        Paul Michael Marketing,    1861-09 Union Turn,    Flushing, NY 11366
4825815        Penn HM Associates PMC,    PO Box 630707,    Cincinnati, OH 45263-0707
4825816        Pennsylvania Dept. Revenue,    Bureau of Compliance,    PO Box 280946,
                Harrisburg, PA 17128-0946
4825817       +Pocono Medical Center,    206 E. Brown St.,    East Stroudsburg, PA 18301-3094
4825818        Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
4825819        Suburban EMS,    PO Box 3339,    Palmer, PA 18043-3339
4825820       +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
4825821       +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
4825822        Us Dept Ed,    Po Box 4222,    Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4825796       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 29 2016 19:23:05     Diversified Consultant,
                Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
4825797       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 29 2016 19:23:05     Diversified Consultant,
                10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
4825800        E-mail/Text: cio.bncmail@irs.gov Sep 29 2016 19:22:43     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
4825805        E-mail/Text: camanagement@mtb.com Sep 29 2016 19:22:47     M & T Bank,    1 Fountain Plaza,
                Buffalo, NY 14203
4825804        E-mail/Text: camanagement@mtb.com Sep 29 2016 19:22:47     M & T Bank,    PO Box 844,
                Buffalo, NY 14240
4837916        E-mail/Text: camanagement@mtb.com Sep 29 2016 19:22:47     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
4825809       +E-mail/Text: PMSI2005@YAHOO.COM Sep 29 2016 19:23:10     Monroe Radiology Imaging,    PO Box 12B,
                East Stroudsburg, PA 18301-4065
4827065        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2016 19:22:50
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                            Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:

        Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Joshua I Goldman　　on behalf of Creditor　　Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kim M Diddio　　on behalf of Debtor Samuel C Stowers kdiddio@diddiolaw.com, kdiddio@gmail.com
        United States Trustee　　ustpregion03.ha.ecf@usdoj.gov

                                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Samuel C Stowers
aka Samuel Carneal Stowers, aka Samuel Stowers
Debtor(s)

Chapter 13

Case No. 5:16−bk−03498−JJT

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **October 28, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 15, 2016<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DDunbar |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 29, 2016 |