UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SAMUEL C STOWERS | CASE NO: 5:16-BK-03498 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 2/2/2017, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing and Objection Date,

First Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 2/2/2017

/s/ Kim M. Diddio Esq.
Kim M. Diddio Esq. 86708
Kim Diddio Attorney at Law
17 North Sixth Street
Stroudsburg, PA 18360
570 801 1336
kdiddio@diddiolaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SAMUEL C STOWERS

CASE NO: 5:16-BK-03498

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 2/2/2017, a copy of the following documents, described below,

Notice of Confirmation Hearing and Objection Date,

First Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/2/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim Diddio Attorney at Law
Kim M. Diddio Esq.
17 North Sixth Street
Stroudsburg, PA 18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03145
   CASE 5-16-BK-03498-JJT
   MIDDLE DISTRICT OF PENNSYLVANIA
   WILKES-BARRE
   THU FEB 2 10-16-45 EST 2017

2  ASPEN DENTAL
   1112 A NORTH NINTH STREET
   STROUDSBURG PA 18360

3  BARTONSVILLE DENTAL
   3578 ROUTE 611
   SUITE 245
   BARTONSVILLE PA 18321-1769

4  BERKHEIMER ASSOC AGT STROUDSBURG
   ASD STROUD
   CO DAVID R GORDON ESQ
   1883 JORY ROAD
   PEN ARGYL PA 18072

5  BERKHEIMER TAX ADMINISTRATOR
   PO BOX 995
   50 N SEVENTH STREET
   BANGOR PA 18013-1731

6  MICHAEL J CLARK
   KML LAW GROUP PC
   701 MARKET STREET SUITE 5000
   PHILADELPHIA PA 19106-1541

7  COLUMBIA DOCTORS ASSOCIATES
   PO BOX 29527
   NEW YORK NY 10087-8454

8  CHARLES J DEHART III TRUSTEE
   8125 ADAMS DRIVE SUITE A
   HUMMELSTOWN PA 17036-8625

9  KIM M DIDDIO
   17 N 6TH STREET
   STROUDSBURG PA 18360-2177

10 DIVERSIFIED CONSULTANT
   10550 DEERWOOD PARK BLVD
   JACKSONVILLE FL 32256-0596

11 DIVERSIFIED CONSULTANT
   DCI
   PO BOX 551268
   JACKSONVILLE FL 32255-1268

12 EMERGENCY CARE ASSOC PMC ER
   PO BOX 740021
   CINCINNATI OH 45274-0021

13 EMERGENCY CARE SERVICES OF PA PC
   PO BOX 1123
   MINNEAPOLIS MN 55440-1123

14 FAMILY CENTER CARE
   PO BOX 827658
   PHILADELPHIA PA 19182-7658

15 JOSHUA I GOLDMAN
   KML LAW GROUP PC
   701 MARKET STREET
   SUITE 5000
   PHILADELPHIA PA 19106-1541

16 INTERNAL REVENUE SERVICE
   PO BOX 7346
   PHILADELPHIA PA 19101-7346

17 JEFFERSON UNIVERSITY HOSPITAL
   PO BOX 85003100
   PHILADELPHIA PA 19178-3100

18 JEFFERSON UNIVERSITY PHYSICIANS
   PO BOX 40089
   PHILADELPHIA PA 19106-0089

19 KML LAW GROUP PC
   BNY INDEPENDENCE CENTER SUITE 5000
   701 MARKET STREET
   PHILADELPHIA PA 19106-1538

20 MT BANK
   LEGAL DOCUMENT PROCESSING
   1100 WHERLE DRIVE
   WILLIAMSVILLE NY 14221-7748

21 MONROE COUNTY COURTHOUSE
   ATTN PROTHONOTARY
   7TH  MONROE STREETS
   STROUDSBURG PA 18360

22 MONROE COUNTY SHERIFFS OFFICE
   7TH  MONROE STREETS
   STROUDSBURG PA 18360

23 MONROE PATHOLOGISTS PC
   PO BOX 808
   EAST STROUDSBURG PA 18301-4108

24 MONROE RADIOLOGY IMAGING
   PO BOX 12B
   EAST STROUDSBURG PA 18301-4065

25 MOUNTAIN VALLEY ORTHOPEDICS
   600 PLAZA COURT
   EAST STROUDSBURG PA 18301-8263

26 NAPA ANESTHESIA
   PO BOX 75
   MELVILLE NY 11747

27 NYP EMS AMBULANCE
   PO BOX 28454
   NEW YORK NY 10087-8454

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  NATIONAL RECOVERY AGENCY         29  PAUL MICHAEL MARKETING          30  PENN HM ASSOCIATES PMC
    2491 PAXTON ST                       186109 UNION TURN                   PO BOX 630707
    HARRISBURG PA 17111-1036             FLUSHING NY 11366                   CINCINNATI OH 45263-0707


31  PENNSYLVANIA DEPARTMENT OF REVENUE   32  PENNSYLVANIA DEPT REVENUE    33  POCONO MEDICAL CENTER
    BANKRUPTCY DIVISION PO BOX 280946        BUREAU OF COMPLIANCE             206 E BROWN ST
    HARRISBURG PA 17128-0946                 PO BOX 280946                    EAST STROUDSBURG PA 18301-3094
                                             HARRISBURG PA 17128-0946

                                                                          DEBTOR
34  POCONO MEDICAL CENTER            35  THOMAS I PULEO                  36  SAMUEL C STOWERS
    PO BOX 822009                        KML LAW GROUP PC                    455 HALLET ROAD
    PHILADELPHIA PA 19182-2009           701 MARKET STREET                   EAST STROUDSBURG PA 18301-9555
                                         SUITE 5000
                                         PHILADELPHIA PA 19106-1541

                                                                          EXCLUDE
37  SUBURBAN EMS                     38  TROJAN PROFESSIONAL SE          39  UNITED STATES TRUSTEE
    PO BOX 3339                          4410 CERRITOS AVE                   220 WALNUT STREET SUITE 1190
    PALMER PA 18043-3339                 LOS ALAMITOS CA 90720-2549          HARRISBURG PA 17101-1722


40  US DEPT ED                       41  US DEPT ED
    PO BOX 1030                          PO BOX 4222
    CORAOPOLIS PA 15108-6030             IOWA CITY IA 52244
```