UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SAMUEL C STOWERS
AKA: SAMUEL STOWERS, SAMUEL CARNEAL STOWERS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-16-03498-JJT

SAMUEL C STOWERS
AKA: SAMUEL STOWERS, SAMUEL CARNEAL STOWERS

Respondent(s)

### CERTIFICATION OF DEFAULT

AND NOW on September 27, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 27, 2017, the Debtor(s) is/are $2900.00 in arrears with a plan payment having last been made on Jul 03, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 27, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SAMUEL C STOWERS
AKA: SAMUEL STOWERS,
SAMUEL CARNEAL
STOWERS

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-16-03498-JJT

SAMUEL C STOWERS
AKA: SAMUEL STOWERS, SAMUEL
CARNEAL STOWERS

    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on September 27, 2017.

KIM M DIDDIO ESQUIRE
17 N 6TH STREET
STROUDSBURG, PA 18360-

SAMUEL C STOWERS
455 HALLET ROAD
EAST STROUDSBURG, PA 18301

    RESPECTFULLY SUBMITTED,

    /s/ Liz Joyce
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: September 27, 2017