```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-03498-JJT
Samuel C Stowers                                                    Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5         User: DDunbar            Page 1 of 2            Date Rcvd: Sep 28, 2017
                             Form ID: pdf010          Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
```
db              +Samuel C Stowers,    455 Hallet Road,    East Stroudsburg, PA 18301-9555
4825792          Aspen Dental,    1112 A North Ninth Street,    Stroudsburg, PA 18360
4825793          Bartonsville Dental,    3578 Route 611,    Suite 245,    Bartonsville, PA 18321-1769
4840826          Berkheimer Assoc-Agt Stroudsburg ASD Stroud Twp,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                   Pen Argyl, PA 18072
4825794         +Berkheimer Tax Administrator,    PO Box 995,    50 N Seventh Street,    Bangor, PA 18013-1731
4825795          Columbia Doctors Associates,    PO Box 29527,    New York, NY 10087-8454
4825798          Emergency Care Assoc. PMC ER,    PO Box 740021,    Cincinnati, OH 45274-0021
4843797          Emergency Care Services of PA PC,    PO Box 1123,    Minneapolis, MN 55440-1123
4825799         +Family Center Care,    PO Box 827658,    Philadelphia, PA 19182-7658
4825801          Jefferson University Hospital,    PO Box 8500-3100,    Philadelphia, PA 19178-3100
4825802          Jefferson University Physicians,    PO Box 40089,    Philadelphia, PA 19106-0089
4825803         +KML Law Group, PC,    BNY Independence Center Suite 5000,    701 Market Street,
                   Philadelphia, PA 19106-1538
4825806          Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4825807          Monroe County Sheriff's Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4825808         +Monroe Pathologists PC,    PO Box 808,    East Stroudsburg, PA 18301-4108
4825810          Mountain Valley Orthopedics,    600 Plaza COurt,    East Stroudsburg, PA 18301-8263
4825811          NAPA Anesthesia,    PO Box 75,    Melville, NY 11747
4825813          NYP EMS Ambulance,    PO Box 28454,    New York, NY 10087-8454
4825814          Paul Michael Marketing,    1861-09 Union Turn,    Flushing, NY 11366
4825815          Penn HM Associates PMC,    PO Box 630707,    Cincinnati, OH 45263-0707
4825818          Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
4825817         +Pocono Medical Center,    206 E. Brown St.,    East Stroudsburg, PA 18301-3094
4825819          Suburban EMS,    PO Box 3339,    Palmer, PA 18043-3339
4825820         +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
4825821         +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
4825822          Us Dept Ed,    Po Box 4222,    Iowa City, IA 52244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4825796         +E-mail/Text: bankruptcynotices@dcicollect.com Sep 28 2017 18:59:31      Diversified Consultant,
                   Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
4825797         +E-mail/Text: bankruptcynotices@dcicollect.com Sep 28 2017 18:59:31      Diversified Consultant,
                   10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
4825800          E-mail/Text: cio.bncmail@irs.gov Sep 28 2017 18:59:07      Internal Revenue Service,
                   PO Box 7346,    Philadelphia, PA 19101-7346
4825805          E-mail/Text: camanagement@mtb.com Sep 28 2017 18:59:09      M & T Bank,    1 Fountain Plaza,
                   Buffalo, NY 14203
4825804          E-mail/Text: camanagement@mtb.com Sep 28 2017 18:59:09      M & T Bank,    PO Box 844,
                   Buffalo, NY 14240
4837916          E-mail/Text: camanagement@mtb.com Sep 28 2017 18:59:09      M&T Bank,    P.O. Box 840,
                   Buffalo, NY 14240-0840
4825809         +E-mail/Text: PMSI2005@YAHOO.COM Sep 28 2017 18:59:34      Monroe Radiology Imaging,    PO Box 12B,
                   East Stroudsburg, PA 18301-4065
4825812         +E-mail/Text: Bankruptcies@nragroup.com Sep 28 2017 18:59:44      National Recovery Agency,
                   2491 Paxton St,    Harrisburg, PA 17111-1036
4827065          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 18:59:13
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA 17128-0946
4825816          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 18:59:13      Pennsylvania Dept. Revenue,
                   Bureau of Compliance,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kim M Diddio    on behalf of Debtor Samuel C Stowers kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**SAMUEL C STOWERS
AKA SAMUEL CARNEAL
STOWERS
AKA SAMUEL STOWERS**

Debtor(s)

**CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE**

Movant(s)

vs.

**SAMUEL C STOWERS
AKA: SAMUEL STOWERS,
SAMUEL CARNEAL STOWERS**

Respondent(s)

Chapter: 13

Case Number: 5:16-bk-03498-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Date: September 28, 2017